# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| Directors Advantage, Inc., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:15c141 |
| | ) | |
| Cremations.com | ) | |
| | ) | |
|     Defendant. | ) | |

## Motion to Dismiss

Comes Now the Defendant, Cremations.com, by counsel and files this Motion to Dismiss the Complaint filed in this matter pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The basis for this motion is set out in detail in the memorandum of law filed herewith.

                                                                    Respectfully submitted,

                                                                      Cremations.com
                                                                      By counsel

/s                                                                          and
_____

Jonathan Westreich, Esq.,                       John Berryhill, Ph.d. Esq.
VSB No. 37393                                           204 East Chester Pike
604 Cameron Street                                      First Floor, Suite 4
Alexandria, Virginia 22314                             Ridley Park, PA 19078
703-299-9050                                                 +1.610.565.5601
fax: 703-548-1831                                        +1.267.386.8115 fax
jonathan@westreichlaw.com                     john@johnberryhill.com

and                                                                      Attorneys for Defendant
                                                                        CREMATIONS.COM

Stevan Lieberman, Esq.
Greenberg & Lieberman, LLC
2141 Wisconsin Ave., NW Suite C2
Washington, D.C. 20007
(202) 625-7000
Fax: 202-625-70001
Stevan@aplegal.com

CERTIFICATE OF SERVICE

      I hereby certify that on this 6th day of March 2015, a true and correct copy of the foregoing was served via ECF to the following counsel of record:

Attison L. Barnes, III
David E. Weslow
Wiley Rein LLP
1776 K Street, N.W.
Washington, D.C. 20006
abarnes@wileyrein.com
dweslow@wileyrein.com

/s
_____
Jonathan Westreich, Esq.