IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| DIRECTORS ADVANTAGE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:15-cv-00141-GBL-MSN |
| | ) | |
| CREMATIONS.COM, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on Defendant Cremations.com's Motion to Dismiss (Doc.

10). On March 23, 2015, this Court granted Plaintiff's Consent Motion for Leave to File an

Amended Complaint (Doc. 16). In light of the Amended Complaint filed on March 23, 2015,

**IT IS HEREBY ORDERED** that Defendant Cremations.com's Motion to Dismiss (Doc.

10) is **DENIED as moot** and the hearing on Defendant's motion scheduled for April 3, 2015

hearing is **CANCELED.**

**IT IS SO ORDERED.**

ENTERED this _23rd_ day of March, 2015.

Alexandria, Virginia
3/23/ 2015

_____/s/_____
Gerald Bruce Lee
United States District Judge