IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| DIRECTORS ADVANTAGE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:15-cv-00141-GBL-MSN |
| | ) |
| CREMATIONS.COM, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

THIS MATTER is before the Court on Defendant Cremations.com's Motion to Dismiss the Amended Complaint for Failure to State a Claim (Doc. 22). Having reviewed the pleadings, the Court finds that Plaintiff Directors Advantage, Inc., sufficiently stated a claim for cybersquatting under the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d). Accordingly, it is hereby

**ORDERED** that Defendant Cremations.com's Motion to Dismiss the Amended Complaint for Failure to State a Claim (Doc. 22) is **DENIED**.

**IT IS SO ORDERED.**

ENTERED this 1st day of May, 2015.

Alexandria, Virginia
4/   / 2015

Claude M. Hilton
USDJ